Jihad M. Smaili [262219]
Stephen D. Counts [231348]
**SMAILI & ASSOCIATES, PC**
2114 N Broadway, Suite 200
Santa Ana, CA 92706
714-547-4700
714-547-4710 (facsimile)
Attorneys for Plaintiff

Jamie C. Pollaci [244659]
Irina G. Rosenberg [287024]
**SEYFARTH SHAW LLP**
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
(310) 277-7200
(310) 201-5219 (facsimile)
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID REYES, an individual;<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>Defendants. | **Case No.: 5:22-cv-00810-JWH-SHK**<br>Assigned for all purposes to the<br>Hon. John W. Holcomb<br><br>**PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41**<br><br>Final Pre-Trial Conference: July 28, 2023<br><br>Trial Date:           August 14, 2023 |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

The Parties stipulate, in consideration of a negotiated resolution between them, including an agreement that each party shall bear its own costs and fees, to the dismissal of this entire action with prejudice as against all parties without any court award of costs or attorneys' fees, pursuant to Federal Rules of Civil Procedure Rule 41(a)(A)(ii) and Rule 41(a)(B).

Dated: December 15, 2022     **SMAILI & ASSOCIATES, P.C.**

By: */s/Jihad M. Smaili*
    Jihad M. Smaili, Esq.
    Stephen D. Counts, Esq.
    Attorneys for Plaintiffs

Dated: December 15, 2022     **SEYFARTH SHAW LLP**

By: */s/ Irina G. Rosenberg*
    Jamie C. Pollaci, Esq.
    Irina G. Rosenberg, Esq.
    Attorneys for Defendants

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 15, 2022        **SMAILI & ASSOCIATES, PC**

By: /s/ *Jihad M. Smaili*
Jihad M. Smaili